FILED
2021 JUL 19 PM 3:43
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

U.S. DISTRICT COURT OF Middle Florida
OFFICE OF THE Clerk
401 W. Central BLVD #1200
Orlando, Florida 32801
July 21, 2021

amended
an amendment
in 30 days by a Jury

by a Review by U.S. Supreme Court —

50% consolidated or merged

August 9, 2019, Final Judgment within Ten days for Five millions dollars cash only by victims, Properly: a Relief a admitted, admission, — ratifying - Please, Today, for one time by State action

YOUNG YIL JO, ~~[redacted]~~
~~KRISTOF ZAWADZKI, Hui Chung Jo~~

PETITIONERS "Any"

V. "Continue To discharged"

SIX UNKNOWN NAMES AGENTS OR MR. PRESIDENT OF THE UNITED STATES Joseph Biden AND DEP HUD, PROLAND MANAGEMENT AND MAYOR MR. ERIC GARCETI CITY OF LOS ANGELES CALIFORNIA AND PRESBYTERIAN WILSHIRE CHURCH

RESPONDENTS

"a conclusion of the law"

I WOULD LIKE PROPOSE TO REVIEWS UNDER 42 USC 1983 A CIVIL RIGHTS ACTION CHIEF JUSTICE: JOHN ROBERTS UNDER DUE ~~FOI~~ PROCESS ~~EQUAL RIGHTS~~ NO DISCRIMINATES MENTAL DAMAGES OR ILLEGAL FOR PRICE OR NATIONAL ORIGIN THE WRIT OF CERTIORARI THE WRIT OF ATTACHMENT GARNISHMENT OF ~~OF EACH~~ only 20% AMOUNT OF DAMAGES IS ONE HUNDRED MILLIONS DOLLARS TO YOUNG YIL JO, ~~[redacted] KRISTOF ZAWARDZKI FOR EACH~~ BECAUSE WE HAD APPLIED LOW INCOMEOR SECTION 8 FOR AID APPARTMENT BUT DENYED ~~NO EQUAL RIGHTS~~ VIOLATIONS BY LAW BY JURY TAX PAYERS 50% LOS ANGELES 50% SEOUL KOREA

For unreasonable searches and seizures

(5) Young Yil Jo Immediately citizenship papers By

PRO SE CLAIM BY YOUNG YIL JO #9345, ~~[redacted] KRISTOF ZAWADZKI FOR TAX PAYER OF EACH, FOR FOR EACH AMOUNT OF SAME~~ 50% Reduced To 20%

a writs of Election

cc, DEPARTMENT OF HUD
300 N LOS ANGELES ST #4054
LOS ANGELES CA 90012
213-894-80000

YOUNG YIL JO 2629 W 8TH ST#301
LOS ANGELES CA 90057 AND

"Promptly immediately determination, For leave, ~~[struck]~~ Properly. appropriate admission admitted" Aug 18, 2019.

"Presumption of innocence"

- an Amended -

Plus Ten millions dollars a by Jury in 30 days

pPROLAND MANAGEMENT (2)
2510 W 7TH STREET
LOS ANGELES, CA 90057
213-783-8175

WILSHIRE PRESBYTERIAN CHURCH
300 S WESTERN AVE
LOS ANGELES CA 90020

DATE:
MAY 13,2019
or July 9, 2019

6/27/19 no CalFresh program denied, reason for no citizenship papers this is no discrimination, ~~[struck]~~ violation under laws by 010 Wilshire special office 2415 W 6th ST Los Angeles, CA 90057-3123 For Food Stamp (5)

(3) SUBJECT: ADDITIONAL: METRO SUBWAY SYSTEM'S FEE'S OR FARE IS 3 KINDS OF $1,75¢, 75¢, 35¢ BUT 35¢ IS AGED OR SICK PERSONS BUT TIME LIMIT IS 10AM TO 3PM FOR WITHOUT RUSH HOURS ONLY NO TIME LIMIT NO DISCRINATION IS AGAINST LAWS

(4) Final decrees for the within Ten days by Jury. 4/30/19

Know or Condone

DATE: JUNE 10, 2019 ADDITNAL OTHERWISE: NO RESTRICTION NO DISCRIMINATION IN THE CHURCH FOR FOOD PANTRY SERVICE BUT NO INTERFERING FOR EXCHANGE HABITUAL FOR PRIVATE rights, no any without notice for a Young Minister 6/10/19

— more — attached evidence

U.S. DISTRICT COURT OF Middle Florida
OFFICE OF THE clerk
401 W. Central BLVD #1200
ORlando, Florida 32801
July 21, 2021

an amended
an amendment
in 30 days by a JURY

YOUNG YIL JO

PETITIONERS

V.

SIX UNKNOWN NAMES AGENTS
OR MR. PRESIDENT OF THE
UNITED STATES JOSEPH Biden
AND DPT HUD, PROLAND MANAGEMENT
and Los angeles, CA. Mayor MR. Eric garceTi

RESPONDENTS

Inspector: Tony Robles, GLS

I WOULD LIKE PROPOSE TO REVIEW UNDER 42 USC 1983 A CIVIL RIGHT ACTION CHIEF JUSTICE: JOHN ROBERTS

UNDER DUE PROCESS ~~EQUAL RIGHTS~~

NO DISCRIMINATION

MENTAL DAMAGES OR ILLEGAL FOR PRICE OR NATIONAL ORIGIN

A WRIT OF CERTIORARI

A WRIT OF ATTACHMENT GARNISHMENT OF

$ 50% reduced

AMOUNT OF DAMAGES IS ONE HUNDRED MILLIONS DOLLARS TO YOUNG YIL JO

BECAUSE I HAD BEEN APPLIED LOW INCOME OR SECTION 8 FOR AID APPARTMENT

BUT DENYED ~~NO EQUAL RIGHT VIOLATION~~ BY LAW BY JURY TAX PAYER

a Review by U.S. Supreme Court

50% LOS ANGELES

50 % SEOUL KOREA

Young Yil Jo

A PRO SE A CLAIM BY YOUNG YIL JO #9345

2629 W 8TH STREET #301
LOS ANGELES CA 90057

"Presumption of innocence"

— an amended —

Plus Ten millions dollars a by JURY in 30 days
an amount or a Relief

cc; DEPARTMENT OF HUD
300 N LOS ANGELES ST # 4054
LOS ANGELES, CA 90012
213-894-8000

PROLAND MANAGEMENT
2510 W 7TH STREET
LOS ANGELES, CA 90057
213-783-8175

DATE:

Subject: Additional: Metro Subway System's Fee's or Fare is 3 Kinds of $1.75¢ . 75¢ . 35¢ But 35¢ is aged or sick person's But Time Limit is 10 AM To 3 PM For without Rush Hours only no Time Limit no discrimination against Laws 4/30/19

(8) or (9) no dismissed or no denyed and [illegible] absolutely by Jury, December 26, 2019 a Relief admitted, ratifying

6 or 7th December 25, 2019 no delay. it more than 2019 year of Penalty charge amount is additional Ten millions dollars by Jury Trial immediately ratifying

(10) December 28-31, 2019 no invasion of Privacy for wrongful intrusion mental suffering damages charge one million dollars by Jury

(11) MAY 18, 2021 no Room inspection From City, violation Laws. no unreasonable

# Notice to Tenant to Make Repairs

June 21, 2021

YOUNG YIL JO
2629 W 8th St. #301
Los Angeles, CA 90057

Re: Inspection by City of Los Angeles Housing Authority

Dear Young Yil Jo,

As you recall, on May 18, 2021, the City of Los Angeles inspected your apartment located at 2629 W 8TH ST #301 Los Angeles CA 90057.

The City inspector found that you were in of California Civil Code Section 91.8102.2; 91.8104.2 and L.A.M.C. 17920.3: failure to keep your premises as "clean and sanitary as the condition of the premises permits." The City of Los Angeles has instructed us to notify you of your violation and to direct you to remedy the violation.

You are hereby notified that effective thirty (30) days from the date of service on you of this notice, you shall have complied with the City of Los Angeles directive to make your apartment clean and sanitary.

You also had a fire violation:

- Do not stack items
- You cannot block the window. Please clear the window and floor.

If you fail to do so, legal proceedings could be instituted against you to recover possession of the premises, damages, and costs of suit.

Thank you for your assistance in this matter. Please contact us if you have any questions.

Sincerely,

GLS PROPERTY INC. Managements / Landlord

Los Angeles HOUSING+COMMUNITY Investment Department




1200 W. 7th Street 1st Floor
Los Angeles, CA 90017
(213) 252-2873

May 26, 2021

Case Number: 776883
APN: 5141013019

Unit Occupant: Young Jo
Mailing Address: 2629 W 8TH ST 301
Los Angeles, CA 90057

Property Owner:
Mailing Address:
,

## OCCUPANT NOTICE AND ORDER TO COMPLY

Sections 91.8102.2, 12.21.A.8, 12.21.A.1.(a) and 11.00(m), Los Angeles Municipal Code

Our records indicate you are the occupant of unit located at **2629 W 8TH ST**. An inspection of the premises has revealed conditions that affect your health and safety and the health and safety of other building occupants and cause the building to be determined to be substandard and in violation of the City of Los Angeles Housing Standards. These conditions and the specific violation(s) of the Los Angeles Municipal Code (LAMC) are described on the attached pages.

You, as the unit occupant, are ordered to eliminate all of the described conditions and diligently pursue the work necessary to eliminate the specified violations of the LAMC on or before **7/2/2021**.

A re-inspection of the premises will be conducted on **Monday, August 2, 2021** between **11:00 AM** and **1:00 PM**. You must be present to escort the Housing Inspector. Any questions you have may be directed to the office identified at the top of this notice.

**Any person who violates or causes or permits another person to violate any provision of the Los Angeles Municipal Code is guilty of a misdemeanor, which is punishable by a fine of not more than $1,000.00 and/or six months imprisonment per LAMC Section 11.00 (m). A citation requiring a personal appearance in court may be issued if compliance is not obtained by the compliance date. Violation of the Los Angeles Municipal Code may be a misdemeanor or infraction and is punishable by a fine of not more than $1,000.00 and/or six (6) months imprisonment.**

*Si tiene preguntas, favor de llamar al número que se encuentra al principio de esta notificación.*

Issuing Inspector: Tony Robles

Proof of Mailing -- On 5/26/2021 the undersigned mailed this notice by First-Class Mail, postage prepaid, to the person(s) listed on the last equalized assessment roll.

Form ONOTC 2/9/2006

APN: 5141013019

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT OF Middle Florida

— an amended — in 30 days by Jury in one supreme court shall be vested a compensation

YOUNG YIL JO,
A PETITIONERS

A NOTICE OF APPEAL
a Review by u.s. supreme court Ratified "a conclusion of the law" and

V.

DOCKET NO: ~~a relief~~ a compensation shall be vested a Judgment or a decree for unreasonable searches and seizures by records

SIX UNKNOWN NAMES AGENTS OR MR. PRESIDENT OF THE UNITED STATES Joseph Biden OR DEPT OF H. U. D AND PROLAND MANAGEMENT OR MAYOR MR. ERIC GARCETI CITY OF LOS ANGELES, CALIFORNIA AND WILSHIRE PRESBYTERIAN CHURCH, c/o wilshire special office 2415 w. 6th ST. Los Angeles, CA 90057
RESPONDENTS

NOTICE IS HEREBY GIVEN THAT YOUNG YIL JO,
PARTIES

a Review by supreme court u.s.

HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE CIRCUIT DESCRIBE IT ENTERED IN THE ACTION ON THE ~~9~~ 27 DAY OF ~~January~~ July @20~~20~~21

Young Yil Jo
SIGNATURE

Young Yil Jo
PRINTED NAMES

new ADDRESS 2629 w 8th street #301 Los Angeles, CA 90057

July 21, 2021
DATE: ~~January 9, 2020~~

an amount, a relief

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
Middle DISTRICT OF Florida

- an amended -
in 30 days
a by JuRY
a compensation granted
a Conclusion of the Laws and ~~a relief~~

Young Yil Jo
A PETITIONER

V.

SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS
OR JOSEPH Biden: inspector: Tony Robles, GLS

A NOTICE OF APPEAL

DOCKET NO;

a Judgment or a decree
For unreasonable searches and seizures by Records

NOTICE IS HEREBY GIVEN THAT Young Yil Jo 01183-112
PARTY

HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE a Review by Supreme Court u.s CIRCUIT describe it ENTERED IN THIS ACTION ON THE 21 DAY OF July, 20~~12~~ ~~20~~ 21.

~~For admission~~ a Judgment of conviction is ~~acquitted~~ ~~set aside~~ innocent by a Jury ~~admitted~~ within Ten days

28USC 1915 g.H.

Social Security, no discriminate of price or national origin

name of
SIGNATURE

Young Yil Jo
PRINTED NAME

WITHOUT FEE, FOR SERVICE
WITHOUT CONFERENCE, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
AN AMENDED IN GOOD FAITH ~~GOOD CONCIENCE~~
AN APPEAL

new, ADDRESS;

2629 W. 8th STreet #301
Los Angeles, CA 90057

DATE; July 21, 2021

an amount, a Relief