UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**YOUNG YIL JO,**

       **Plaintiff,**

v.                          Case No. 6:21-cv-1173-CEM-DCI

**SIX UNKNOWN NAMES AGENTS, MR. PRESIDENT OF THE UNITED STATES JOSEPH BIDEN, DEP HUD, PROLAND MANAGEMENT, MAYOR MR. ERIC GARCETI, CITY OF LOS ANGELES CALIFORNIA, and PRESBYTERIAN WILSHIRE CHURCH,**

       **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. Plaintiff was required to file its Notice of Pendency of Other Actions and Disclosure Statement on or before September 7, 2021.[1] (INITIAL ORDER re: Case Management and Deadlines, Doc. 3, at 1–2). Plaintiff was also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further

---

[1] Copies of these forms were mailed to Plaintiff, who is proceeding *pro se*.

notice. (Notice to Counsel and Parties, Doc. 4). Plaintiff has failed to comply, and the time to do so has passed. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party